STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

VICTOR M VAZQUEZ CARRASQUILLO    Case No. 10-09047-SEK
ANA D MARIN ROSARIO    Chapter 13    Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [✓] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _Att. Prieto_

Date: December 02, 2010
Time: _3:30 pm_ Track: _____
[✓] This is debtor(s) _1st_ Bankruptcy filing.
Liquidation Value: _T.B.D._
Creditors _Herrera - BPPR_

## II. Oath Administered
[✓] Yes   [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _06-09_ [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting  [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
VICTOR M VAZQUEZ CARRASQUILLO
ANA D MARIN ROSARIO

Case No. 10-09047-SEK
Chapter 13    Attorney Name: JOSE PRIETO CARBALLO ESQ*

**VI. Plan** (Cont.)
Date: September, 29, 2010  Base $ 30,000.00  [X] Filed   Evidence of Pmt shown: _____
Payments _1_ made out of _2_ due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** December, 3, 2010

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 136.00 = $ 2,864.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract
[X] Appraisal _comparable_
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[X] Other: _1 copy of post-petition mortgage payments_

[ ] Amended S.O.F.A. _____
[X] Amended plan _to delete payment to_
[ ] Business Documents _Cond. Juliana_
[ ] Monthly reports for the months
[ ] Public Liability Insurance
   [ ] Premises _____
   [ ] Vehicle(s) _____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

① Joint debtor Marin is sole owner of real property at Cond. Juliana - debtor must amend exemption under d_1 - Trustee to file objection to claim of exemptions.
② Provide evidence as to value of vehicle free of lien - 2006 Mazda B 300

_____
Trustee/Presiding Officer

Date: December 02, 2010
(Rev.)